HARRIETT M. CLENDENNING, Respondent, v. BERNARD McGINN, as Executor, etc., of GEORGE H. RYERSON, Deceased, Appellant.— Action to recover on a con-

tract for work, labor and services. Judgment of the County Court, Orange County, entered on the verdict of a jury in favor of the plaintiff, and order denying defendant's motion to set aside the verdict and for a new trial, affirmed, with costs. No opinion. Lazansky, P. J., Carswell, Adel and Close, JJ., concur; Hagarty, J., dissents and votes to reverse the judgment on the law and to dismiss the complaint, and to dismiss the appeal from the order.